

145-O-9932

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7236
Washington, DC 20530

Tel: (202) 514-3469

**VIA HAND DELIVERY**

June 24, 2013

Mr. Mark Langer
Clerk, United States Court of Appeals for the District of Columbia Circuit
333 Constitution Ave. NW
Washington, DC 20001

RE:   *Ege v. U.S. Dep't of Homeland Security*, No. 13-1110 (D.C. Cir.)

Dear Mr. Langer:

I enclose a declaration to be lodged with the Court under seal and *ex parte*. Today we filed a motion with the Court requesting that this declaration be filed under seal and *ex parte* for the Court's *in camera* review.

The declaration has been designated by the Transportation Security Administration as containing Sensitive Security Information, or SSI. As outlined in the attached pamphlet, SSI is a statutory category of confidential information, similar to classified information, the public disclosure of which would be detrimental to transportation security. SSI material is subject to special handling requirements under federal law. Among other requirements, SSI documents must be stored in a secure container such as a locked file cabinet or drawer.

Because counsel for petitioner is not entitled to access SSI under the applicable statutory and regulatory regime, the declaration should be filed *ex parte* and *in camera*. We respectfully request that this filing be entered on the docket as "Declaration Received Under Seal and Ex Parte," or substantially similar language. It is important that the docket not reflect any further information about the nature of this filing, which would risk revealing SSI for the reasons explained in our motion to file this document under seal and *ex parte*.

  We have discussed the mechanics of filing this motion with Nancy Dunn in your office, who may be able to assist in the proper handling of the SSI declaration. Please feel free to contact me if you have any questions regarding this matter.

          Sincerely,

          <u>/s/ Catherine H. Dorsey</u>
          Catherine H. Dorsey
          Attorney, Appellate Staff
          Civil Division

Encl.