# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 13-1110**　　　　　　　　　　　　**September Term, 2013**

TSA-01/22/2013 Letter

**Filed On:** July 28, 2014

Mehmet Ege,

      Petitioner

    v.

United States Department of Homeland
Security and Transportation Security
Administration,

      Respondents

## O R D E R

Upon consideration of petitioner's motion to supplement the record, it is

**ORDERED** that the motion be granted.

**Per Curiam**

                **FOR THE COURT:**
                Mark J. Langer, Clerk

        BY:  /s/
                Michael C. McGrail
                Deputy Clerk